**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 947 MAL 2014
:
Respondent  :
 : Petition for Allowance of Appeal from the
 : Order of the Superior Court
v.  :
:
:
:
DENNIS JOHN VELEZ,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.